IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PATRICIA STRICKLAND and ANDRA STRICKLAND, | : : | |
| Plaintiffs, | : : : | |
| v. | : : | CIVIL ACTION No. 5:18-CV-3 (TES) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, f/k/a BANKERS TRUST COMPANY, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORP., HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATE SERIES: 2001-KS3; BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP; WELLS FARGO HOME MORTGAGE AND ALL JOHN AND JANE DOE ENTITIES; | : : : : : : : : : : : | |
| Defendants. | : : : | |

## ORDER TO DISMISS CASE

Before the Court are *pro se* Plaintiffs' Response [Doc. 24] to this Court's Order requiring them to show cause why this case this should not be dismissed, as well as various Motions and letters Plaintiffs have filed, including a Motion to Strike all of the Pleadings Filed in this Case [Doc. 17]; a Motion for Summary Judgment [Doc. 22]; a second Motion for Reconsideration [Doc. 23]; two Motions to Disqualify Judge C. Ashley Royal [Docs. 25 & 27]; a Motion to Dismiss for Lack of Jurisdiction and Access to a Common Law Court of Record [Doc. 26]; a Motion to Vacate Default Foreclosure

Judgment [Doc. 29]; and two letters regarding a right to subrogation [Docs. 30 & 31]. Because Plaintiffs have failed to show cause, this case is hereby **DISMISSED** for Plaintiffs' failure to state a claim upon which relief may be granted. Plaintiffs' remaining Motions are **DENIED as MOOT**.[1]

After a hearing, the Court issued its Order [Doc. 18] denying Plaintiffs' Motion for Temporary Restraining Order and directing them to show cause why their Complaint should not be dismissed. The Court recounted the long line of judicial proceedings initiated by Plaintiffs to forestall the foreclosure and sale of their home as a result of their default under the Security Deed and Promissory Note over seven years ago. The Court set forth in detail the reasons why each enumerated claim, as well as other claims that could be construed from Plaintiffs' allegations, failed to state any claim upon which relief may be granted, and allowed Plaintiffs an opportunity to respond.

Plaintiffs have now filed their response together with various motions and letters, all of which wholly fail to establish any cognizable claim in this case. Plaintiffs continue to challenge the validity of the assignments of the Security Deed, but they fail to show that they have standing to maintain such a challenge or that the evidence

---

[1] The Court notes Plaintiffs' two Motions to disqualify Judge C. Ashley Royal are **moot**, as this case was recently transferred to the undersigned on March 26, 2018. The Court also **finds as MOOT** Defendant Barrett Daffin Frappier Levine and Block LLP's Motion to Dismiss [Doc. 12], filed before the Court issued its Order denying Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Why this Case Should not be Dismissed [Doc. 18].

showing the assignments were duly recorded in the Butts County, Georgia records—and thus establishing that Deutsche Bank is the current holder of the Security Deed—is inaccurate, false, or misleading. Additionally, Plaintiffs' challenges regarding the validity of this Court's authority to adjudicate this case are wholly frivolous. For the reasons thoroughly set forth in the Court's prior Order [Doc. 18], this case is hereby **DISMISSED** for Plaintiffs' failure to state a claim upon which relief may be granted. All pending Motions are **DENIED AS MOOT**.

**SO ORDERED,** this 23rd day of May, 2018.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**